AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Orenstein, James | U.S. District Court, E.D.N.Y. | 08/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☒ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor | New York University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | New York University School of Law | $27,765.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Department of Justice -- U.S. Attorney's Office, Eastern District of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | University of Connecticut Law School | Jan. 26-27, 2017 | Hartford, CT | Participate in law school symposium | Lodging, food |
| 3. | Cornell University Law School | Feb. 20-21, 2017 | Ithaca, NY | Give speech at law school | Travel, lodging, food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 08/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Department of Education Direct Loan Servicing | ▓▓▓▓ student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase bank accounts ▓▓▓ #2) | A | Interest | J | T | | | | | |
| 2. IBM | A | Dividend | K | T | | | | | |
| 3. Verizon | A | Dividend | J | T | | | | | |
| 4. Frontier Communications Corp. (x) | | None | | | Sold | 07/10/17 | J | A | |
| 5. ▓▓▓ Real Estate Trust (as appraised on 11/12/2008) | | None | K | Q | | | | | |
| 6. ▓ UBS ACCT (...12) | A | Dividend | J | T | | | | | |
| 7. --UBS Bank USA Deposit Acct. | | None | J | T | | | | | |
| 8. -- Vanguard High Divid Yield ETF | A | Dividend | J | T | | | | | |
| 9. ▓ UBS ACCT (...83) | | None | N | T | | | | | |
| 10. -- JPMorgan 529 Moderate Growth Portfolio Fund Class A | | None | N | T | | | | | |
| 11. ▓ UBS ROTH (...47) | E | Int./Div. | O | T | | | | | |
| 12. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 13. -- Alphabet Class A | | None | K | T | | | | | |
| 14. -- Alphabet Class C | | None | K | T | | | | | |
| 15. -- Goldman Sachs ActiveBeta US Large Cap Fund | B | Dividend | L | T | | | | | |
| 16. --Ishares Trust Core S&P Smallcap | A | Dividend | L | T | | | | | |
| 17. -- Ishares Select Divid ETF | A | Dividend | K | T | Buy | 02/14/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --SPDR S&P Midcap 400 | A | Dividend | K | T | | | | | |
| 19. -- Fidelity Advisor Real Estate Income Fund Class I | B | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 20. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 21. | | | | | Sold (part) | 07/27/17 | J | A | |
| 22. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 23. | | | | | Sold (part) | 10/26/17 | J | A | |
| 24. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 25. --Fidelity Advisor New Insights Fund | D | Dividend | L | T | Buy (add'l) | 12/11/17 | J | | |
| 26. -- Cohen & Steers Ltd Duration Pfd & Income Fund Inc | A | Dividend | K | T | Buy | 09/26/17 | K | | |
| 27. -- Nuveen Preferred Securities Income Fund | B | Dividend | K | T | | | | | |
| 28. -- Pimco Corporate & Income Oppor Fund | B | Dividend | | | Sold (part) | 09/26/17 | K | C | |
| 29. | | | | | Sold | 10/06/17 | J | A | |
| 30. -- Pioneer High Income Trust | B | Dividend | K | T | | | | | |
| 31. -- Western Asset High Inscome Fund II | B | Dividend | K | T | | | | | |
| 32. --AB (Alliance Bernstein) High Income Fund | C | Dividend | L | T | Buy (add'l) | 01/03/17 | J | | |
| 33. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 34. | | | | | Buy (add'l) | 03/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 36. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 37. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 38. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 39. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 40. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 41. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 42. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 43. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 44. --Putnam Diversified Income Trust | B | Dividend | K | T | | | | | |
| 45. -- Templeton Global Total Return Class A | A | Dividend | K | T | | | | | |
| 46. -- Dreyfus Global Real Return Fund I | | None | | | Sold | 02/10/17 | K | A | |
| 47. -- Invesco Balanced-Risk Allocation Fund A | B | Dividend | K | T | Buy (add'l) | 12/14/17 | J | | |
| 48. -- Nuveen Real Asset Income Fund Class A | A | Dividend | K | T | | | | | |
| 49. ▓▓▓ #2 UBS ROTH (...48) | D | Dividend | M | T | | | | | |
| 50. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 51. -- American Funds Capital World Growth & Income Fund Cl A | B | Dividend | K | T | Buy (add'l) | 12/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -- American Funds New World Fund Cl A | A | Dividend | J | T | | | | | |
| 53.  -- American Funds Smallcap World Fund Cl A | B | Dividend | K | T | Buy (add'l) | 12/21/17 | J | | |
| 54.  -- American Funds Euro Pacific Growth Fund Cl A | A | Dividend | J | T | Buy (add'l) | 06/15/17 | J | | |
| 55. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 56.  -- American Funds Growth Fund of America Cl A | B | Dividend | K | T | Buy (add'l) | 12/21/17 | J | | |
| 57.  -- American Funds New Perspective Fund Cl A | A | Dividend | J | T | Buy (add'l) | 12/22/17 | J | | |
| 58.  -- American Funds Washington Mutual Investors Fund Cl A | B | Dividend | K | T | Buy (add'l) | 06/19/17 | J | | |
| 59. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 60.  -- Kern County CA Municipal Bond | | None | J | T | | | | | |
| 61.  -- American Funds American Balanced Fund Cl A | A | Dividend | J | T | Buy (add'l) | 12/20/17 | J | | |
| 62.  -- American Funds Income Fund of America | A | Dividend | J | T | Buy (add'l) | 12/20/17 | J | | |
| 63.  █ UBS ACCT (...29) | | None | N | T | | | | | |
| 64.  -- CollegeAmerica 529 Bond Fund of America | | None | K | T | | | | | |
| 65.  -- CollegeAmerica 529 Capital World Growth & Income Fund | | None | L | T | | | | | |
| 66.  -- CollegeAmerica 529 Euro Pac Growth Fund | | None | K | T | | | | | |
| 67.  -- CollegeAmerica 529 Growth Fund of America | | None | L | T | | | | | |
| 68.  -- CollegeAmerica 529 Income Fund of America | | None | L | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -- CollegeAmerica 529 New Perspective Fund | | None | K | T | | | | | |
| 70. -- CollegeAmerica 529 Smallcap World Fund | | None | K | T | | | | | |
| 71. -- CollegeAmerica 529 Washington Mutual Investors Fund | | None | L | T | | | | | |
| 72. [ ] UBS ACCT (...48) | B | Interest | O | T | | | | | |
| 73. -- UBS Bank USA Dep Acct | A | Interest | K | T | | | | | |
| 74. -- Sallie Mae Ednotes Callable | A | Interest | J | T | | | | | |
| 75. -- Dry Creek CA Municipal Bond | | None | | | Redeemed | 08/01/17 | J | | |
| 76. -- Yorba Linda CA Municipal Bond | | None | J | T | Redeemed (part) | 09/01/17 | J | | |
| 77. -- DC Washington Mandarin Hotel Municipal Bond | | None | K | T | | | | | |
| 78. -- New York City SR A Municipal Bond | | None | J | T | | | | | |
| 79. -- Medina Valley TX Municipal Bond | | None | | | Sold (part) | 02/08/17 | J | | |
| 80. | | | | | Redeemed | 02/15/17 | K | | |
| 81. -- Utah Tran Auth Sales Tax Municipal Bond | | None | | | Redeemed | 06/15/17 | K | | |
| 82. -- Chicago IL Bd of Ed Municipal Bond | | None | K | T | Sold (part) | 04/25/17 | K | C | |
| 83. -- Athens-Clarke County GA Municipal Bond | A | Interest | K | T | | | | | |
| 84. -- Chicago IL Lakefront Municipal Bond | | None | K | T | | | | | |
| 85. -- NJ Trans Trust Municipal Bonds | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Wentzville Mo Sch Municipal Bond | None | | K | T | | | | | |
| 87. -- Escondido CA UHSD Municipal Bond | None | | K | T | | | | | |
| 88. -- San Joaquin Delta Comnty Ser B Municipal Bond | None | | L | T | | | | | |
| 89. -- Mesquite TX ISD Municipal Bond | None | | | | Redeemed | 08/15/17 | J | A | |
| 90. -- John Hancock New York Venture Annuity (see components lines 91-100) | None | | N | T | | | | | |
| 91. ----Van Kampen Value fund (0%) | None | | J | T | | | | | |
| 92. ---- Fundamental Large Cap fund (13.90%) | None | | L | T | | | | | |
| 93. ---- Small Cap Value fund (10.70%) | None | | K | T | | | | | |
| 94. ---- High Yield fund (10.40%) | None | | K | T | | | | | |
| 95. ---- Mid Cap Index fund (27.30%) | None | | M | T | | | | | |
| 96. ---- 500 Index B fund (11.00%) | None | | K | T | | | | | |
| 97. ---- Wellington Mid Cap fund (8.70%) | None | | K | T | | | | | |
| 98. ---- Core Bond fund (6.80%) | None | | K | T | | | | | |
| 99. ---- Templeton-Global fund (7.20%) | None | | K | T | | | | | |
| 100. ---- Templeton-Int'l Value fund (4.10%) | None | | K | T | | | | | |
| 101. -- Lincoln Life Moneyguard Reserve | None | | L | T | | | | | |
| 102. ▨ UBS ACCT (...49) | F | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 104. -- AT&T Inc | B | Dividend | K | T | | | | | |
| 105. -- Reynolds Amern Inc. | A | Dividend | | | Sold | 07/24/17 | J | D | See note, part VIII |
| 106. -- British Amer Tobacco plc | A | Dividend | | | Spinoff (from line 105) | 07/24/17 | J | | See note part VIII |
| 107. | | | | | Sold (part) | 07/25/17 | J | | |
| 108. | | | | | Sold | 11/21/17 | K | | |
| 109. -- Salesforce.com Inc | | None | K | T | Donated (part) | | | | |
| 110. | | | | | Donated (part) | | | | |
| 111. | | | | | Donated (part) | | | | |
| 112. | | | | | Donated (part) | | | | |
| 113. | | | | | Donated (part) | | | | |
| 114. -- Ishares S&P 500 Value ETF | B | Dividend | L | T | | | | | |
| 115. -- Ishares S&P 500 Growth ETF | A | Dividend | L | T | | | | | |
| 116. -- Fidelity Advisor New Insights Fund Cl A | D | Dividend | L | T | Buy (add'l) | 02/13/17 | J | | |
| 117. | | | | | Sold (part) | 04/20/17 | J | C | |
| 118. | | | | | Sold (part) | 06/05/17 | J | B | |
| 119. | | | | | Buy (add'l) | 12/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Henderson International Opportunities Fund Class I | | None | | | Sold | 01/19/17 | L | A | |
| 121. -- Janus Henderson Global Equity Income Fund Class I | C | Dividend | L | T | Buy | 01/19/17 | L | | See note part VIII |
| 122. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 123. | | | | | Sold (part) | 04/20/17 | J | A | |
| 124. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 125. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 126. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 127. -- Hennessy Cornerstone Growth Fund Institutional Class | | None | L | T | | | | | |
| 128. -- JP Morgan U.S. Large Cap Core Plus Fund A | D | Dividend | L | T | Buy (add'l) | 12/14/17 | J | | |
| 129. -- Neuberger Berman Equity Income Fund Class A | D | Dividend | L | T | Buy (add'l) | 03/27/17 | J | | |
| 130. | | | | | Sold (part) | 03/30/17 | K | C | |
| 131. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 132. | | | | | Sold (part) | 09/20/17 | J | B | |
| 133. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 134. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 135. -- Neuberger Berman Intrinsic Value Fund Class A | C | Dividend | L | T | Sold (part) | 04/20/17 | J | C | |
| 136. | | | | | Buy (add'l) | 12/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -- Oakmark Fund Class I | C | Dividend | L | T | Buy (add'l) | 12/15/17 | J | | |
| 138.  -- Salient MLP Energy Infrastructure II Class I | C | Dividend | K | T | Buy (add'l) | 02/17/17 | J | | |
| 139. | | | | | Sold (part) | 04/20/17 | J | C | |
| 140. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 141. | | | | | Buy (add'l) | 08/17/17 | J | | |
| 142. | | | | | Sold (part) | 09/20/17 | J | C | |
| 143. | | | | | Sold (part) | 10/04/17 | J | B | |
| 144. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 145.  -- Virtus Emerging Markets Opportunities Fund Class I | A | Dividend | K | T | | | | | |
| 146.  -- Loomis Sayles Strategic Income Fund Class A | B | Dividend | L | T | Buy (add'l) | 12/18/17 | J | | |
| 147.  -- Lord Abbett Floating Rate Fund | B | Dividend | K | T | | | | | |
| 148.  -- Nuveen Limited Term Municipal Bond Fund Class I | A | Dividend | | | Sold | 01/19/17 | K | A | |
| 149.  -- Nuveen High Yield Municipal Bond Fund I | B | Dividend | K | T | Buy | 01/19/17 | K | | |
| 150. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 151. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 152. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 153. | | | | | Buy (add'l) | 06/01/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 155. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 156. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 157. -- Gateway Fund Class Y | A | Dividend | K | T | Buy (add'l) | 03/30/17 | J | | |
| 158. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 159. -- Neuberger Berman Long Short Fund Class A | | None | | | Sold | 01/10/17 | K | C | |
| 160. -- First Eagle Global Fund Class A | C | Dividend | M | T | Buy (add'l) | 12/14/17 | J | | |
| 161. [redacted] #3 UBS ACCT (...77) | C | Dividend | K | T | | | | | |
| 162. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 163. -- Amer Funds Capital World Growth & Income Fund Cl A | C | Dividend | K | T | Buy (add'l) | 06/15/17 | J | | |
| 164. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 165. [redacted] #4 UBS ACCT (...79) | C | Dividend | K | T | | | | | |
| 166. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 167. -- Amer Funds Capital World Growth & Income Fund Cl A | C | Dividend | K | T | Buy (add'l) | 06/15/17 | J | | |
| 168. | | | | | Buy (add'l) | 12/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 08/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, generally:  For all asset sales resulting in a loss or no net gain, I have left Column D(4) blank. I have reported all dividend income, including dividends that were reinvested; however, pursuant to the Committee's instructions, I no longer separately report reinvestment transactions.

Part VII, line 5: The valuation of my share of ▮▮▮▮▮▮▮▮▮ Real Estate Trust is based on an appraisal of the value of the property held in trust as of January 23, 2008 (the date I inherited my share). The appraisal was reported on November 12, 2008.

Part VII, line 90: Specific investment funds within the variable portion of the John Hancock New York Venture Annuity are listed in lines 91-100, along with the percentage each fund represents in the value of the total portfolio. I have estimated the value of each component fund by multiplying the reported percentage by the total reported value of the annuity as of December 2017.

Part VII, lines 105-106: My holdings in Reynolds Amern were exchanged for a similarly valued amount of shares of British Amer Tobacco plc and a small amount of cash on July 24, 2017, as the result of a merger.

Part VII, line 121: The name of this asset changed from "Henderson Global Equity Income Fund I" to "Janus Henderson Global Equity Income Fund Class I" on June 6, 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Orenstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544